UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08CR1975-JAH |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj1739 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| MICHAEL DITTMAN | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

RUBICELIA LOPEZ - MEJIA

DATED: 6/17/8

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
           DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by J. Gaulke
       Deputy Clerk

J. JAHABEK